IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HASSAN WALID SHABAZZ,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4495

Opinion filed July 8, 2014.

An appeal from the Circuit Court for Duval County.
J. Bradford Stetson, Judge.

Nancy A. Daniels, Public Defender, and Danielle Jorden, Assistant Public Defender, Office of the Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Office of the Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.  See Lopez v. State of Florida, 135 So. 3d 539 (Fla. 2d DCA 2014).

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.